UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | MBD Case No. |
| ) | |
| CHRISTOPHER RONDEAU,  ) | |
| ) | |
| Defendant.  ) | |

**ASSENTED-TO MOTION TO EXTEND TIME WITHIN WHICH
INDICTMENT OR INFORMATION MUST BE FILED**

The United States of America, by Assistant United States Attorney Danial E. Bennett, hereby moves the Court for an Order, pursuant to 18 U.S.C. §§ 3161(b) and (h)(7), that extends the time within which an indictment or information must be filed in the above-captioned case until **January 5, 2021**.

In support of the motion the government states as follows:

1.  Defendant Christopher Rondeau is charged by criminal complaint, 20-mj-4264-DHH, with Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).

2.  Law enforcement arrested Rondeau and he made his initial appearance before the Magistrate Court on November 6, 2020. On November 13, 2020, Rondeau waived a preliminary hearing and consented to detention. Pursuant to 18 U.S.C. § 3161(b), the government currently has until December 6, 2020, to indict Rondeau.

3.  The parties will explore the possibility of resolving this case short of a trial. The parties require additional time, however, before such a determination can be made.

4.  The government has not previously sought to enlarge the time in which an indictment or information must be filed.

5.      The government respectfully submits that the delay resulting from the extension of time for filing an indictment or information serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial.

6.      The government has consulted with defense counsel who has assented to this request.

ACCORDINGLY, the government asks the Court to enter an Order, pursuant to 18 U.S.C. §§ 3161(b) and (h)(7), that extends the time within which an indictment or information must be filed in the above-captioned case until **January 5, 2021** and moves that the period between December 6, 2020, through January 5, 2021, be excluded from all Speedy Trial Act calculations.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:     */s/ Danial E. Bennett*
DANIAL E. BENNETT (BBO# 657436)
Assistant U.S. Attorney
United States Attorney's Office
District of Massachusetts
Donohue Federal Building
595 Main Street
Worcester, Massachusetts 01608
Danial.Bennett@usdoj.gov

Dated: December 3, 2020

## Certificate of Compliance

Counsel for the defendant assents to this motion.

*/s/ Danial E. Bennett*
Danial E. Bennett
Assistant U.S. Attorney

**Certificate of Service**

This is to certify that I have served Joan M. Fund, Esq., 245 First Street, Suite 1800 Cambridge 02142 a copy of the foregoing document by electronic mail (joanmfund@gmail.com).

*/s/ Danial E. Bennett*
Danial E. Bennett
Assistant U.S. Attorney

Dated: December 3, 2020